UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV15-06658 JAK (Ex) | Date | January 11, 2016 |
| Title | Luis A. Marquez v. U.S. Bank, N.A., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Stuart R. Simone | James C. Magid |

**Proceedings:** **DEFENDANT US BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (DKT. 8)**

**PLAINTIFF'S MOTION TO REMAND TO CALIFORNIA SUPERIOR COURT (DKT. 15)**

**STATUS CONFERENCE RE SETTLEMENT (DKT. 26)**

The status conference is held. The Court has reviewed the parties' respective reports on the status of the loan modification. Dkt. 28, 29. Counsel report that nothing further has occurred since the filing of their status reports. The Court directs the parties to meet and confer regarding the status of the loan modification and file a joint status report by January 19, 2016.

The motion hearing is held. The Court states its tentative views that it is inclined to deny Plaintiff's Motion to Remand to the California Superior Court (the "Plaintiff's Motion") and grant in part Defendant's Motion to Dismiss Plaintiff's Complaint (the "Defendant's Motion"). Counsel address the Court. The Court takes the Plaintiff's Motion and Defendant's Motion UNDER SUBMISSION and an order will be issued.

**IT IS SO ORDERED.**

| | : | 34 |
|---|---|---|
| Initials of Preparer | ak | |